UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

     - against -

TOM SIMEO,

                Defendant.

**ORDER**

19 Civ. 8621 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference scheduled for February 20, 2020 is adjourned to **April 2, 2020 at 10:15 a.m.** The parties are directed to file a joint status letter with the Court by March 19, 2020.

Dated: New York, New York
       February 19, 2020

                                      SO ORDERED.

                                      Paul G. Gardephe
                                      United States District Judge