1NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

       - against -

TOM SIMEO,

                      Defendant.

**ORDER**

19 Civ. 8621 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for April 2, 2020 is adjourned to **June 4, 2020 at 10:30 a.m.** The parties are directed to file a joint status letter with the Court by May 28s, 2020.

Dated: New York, New York
       March 19, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge