USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION

                Plaintiff,

    - against -

TOM SIMEO,

                Defendant.
------------------------------------------------------------X

19 Civ. 08621 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        This matter has been referred to me for general pretrial matters.  On August 11, 2020, the SEC filed a letter describing Defendant Simeo's failures to comply with discovery and seeking various rulings, including precluding Mr. Simeo from introducing assorted witnesses and evidence, asserting certain defenses, and seeking discovery. (*See* Dkt. 28.)   Mr. Simeo has not filed a response to the SEC's letter.  Accordingly, by August 24, 2020, Mr. Simeo shall file a response if he wishes to do so.  Absent a response from Mr. Simeo, the Court will proceed to rule on the SEC's requests 2-5 at pages 3-4 of its letter.  In the meantime, the Court grants the SEC's request to proceed, if necessary, with non-party depositions before deposing Mr. Simeo.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated:  August 18, 2020
         New York, New York

Copies transmitted to all counsel of record.