```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES AND EXCHANGE                 :
COMMISSION,                             :
                                        :
                            Plaintiff,  :
                                        :
            - against -                 :
                                        :
TOM SIMEO,                              :
                                        :
                            Defendant.  :
---------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 9/3/2020

19 Civ. 08621 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff SEC has filed another letter reporting on Defendant Simeo's failure to comply with discovery. Those issues will be dealt with during the September 9, 2020 conference with the Court. With regard to the SEC's deposition of Defendant scheduled for September 8, 2020, Defendant Simeo shall appear for the deposition as scheduled. If Defendant fails to appear for his deposition, sanctions may be imposed, including but not limited to monetary and evidentiary sanctions. By September 4, 2020, Plaintiff SEC shall reconfirm to Defendant Simeo the information necessary to participate in the deposition.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   September 3, 2020
         New York, New York

Copies transmitted to all counsel of record.