```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE                    :
COMMISSION,                                :
                                           :
                                           :
                     Plaintiff,            :
                                           :
          - against -                      :
                                           :
TOM SIMEO,                                 :
                                           :
                                           :
                     Defendant.            :
-------------------------------------------------------------X

19 Civ. 08621 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the SEC's letter regarding settlement discussions.  (Dkt. 38.)  For the reasons set forth in the letter, the parties are excused from the formal one-hour settlement discussions required by the Scheduling Order.  (Dkt. 22.)  However, the parties shall still have a conference call during which Defendant Simeo shall inform the SEC if, when, and how Simeo will deposit the funds in escrow contemplated by the agreement in principle.  Defendant Simeo shall cooperate with the SEC in scheduling the call.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  September 17, 2020
        New York, New York

Copies transmitted to all counsel of record.