UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                  Plaintiff,

        - against -

TOM SIMEO,

                  Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2020

19 Civ. 08621 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     If Defendant Simeo wishes to file a response to the SEC's letter dated September 18, 2020 (Dkt. 42), he shall do so no later than **September 23, 2020**. Failure to submit a response may alone result in granting the relief requested by the SEC.

                                         SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated:  September 18, 2020
             New York, New York

Copies transmitted to all counsel of record.