```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE            :
COMMISSION,                        :
                                   :
                    Plaintiff,     :
                                   :
        - against -                :
                                   :
TOM SIMEO,                         :
                                   :
                    Defendant.     :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020

19-CV-8621 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The SEC having indicated it does not seek an extension of discovery, there is no proposal requiring a response from Defendant Simeo as otherwise provided for in the Court's Order at Dkt. 45.  Accordingly, fact discovery is closed.  Any request to file a motion for summary judgment should be directed to Judge Gardephe.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2020
       New York, New York

Copies transmitted this date to all counsel of record.