```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SECURITIES AND EXCHANGE COMMISSION                                     :
                                                                       :
                                Plaintiff,                             :
                                                                       :        19-CV-8621 (JPC)
        -v-                                                            :
                                                                       :            ORDER
TOM SIMEO                                                              :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 5, 2021, Plaintiff filed a letter informing the Court that Defendant seeks an extension of the deadline by which he must file an opposition to Plaintiff's motion for summary judgment. (Dkt. 60.) This request is GRANTED. Defendant shall file any opposition by February 4, 2021. Plaintiff shall then file any reply by February 18, 2021.

Defendant is respectfully reminded to file requests for extensions of time in accordance with the Court's Individual Rules and Practices for *Pro Se* Litigants.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: January 5, 2021
       New York, New York                          _____
                                                   JOHN P. CRONAN
                                                   United States District Judge