```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SECURITIES AND EXCHANGE COMMISSION                               :
                                                                 :
                              Plaintiff,                         :
                                                                 :      19-CV-8621 (JPC)
        -v-                                                      :
                                                                 :      ORDER
TOM SIMEO                                                        :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 8, 2021, the Court ordered that Defendant file any opposition to Plaintiff's motion for summary judgment by April 5, 2021. Dkt. 68. The Court stated then that "[if] Defendant fail[ed] to file an opposition to Plaintiff's motion for summary judgment, Dkt. 53, by April 5, 2021, the Court will deem Plaintiff's motion to be fully submitted." *Id.* Defendant did not file an opposition by April 5, 2021 and has had no further contact with the Court since that time. The Court thus deems Plaintiff's motion for summary judgment, Dkt. 53, fully submitted and will render a decision in due course.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: July 18, 2021
       New York, New York                       _____
                                                JOHN P. CRONAN
                                                United States District Judge